IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CICAS IP LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CASE NO. 2:23-CV-00292-JRG-RSP |
| | § |
| OLYMPUS CORORATION, et al., | § (LEAD CASE) |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Cicas IP LLC and Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., Intuitive Surgical Sarl, Intuitive Surgical-Fosun (HongKong) Co., Ltd., Intuitive Surgical-Fosun Medical Technology (Shanghai) Co., Ltd., Intuitive Surgical S. De R.L. De C.V., and Intuitive Surgical G.K.. ("Intuitive Defendants"). (Dkt. No. 89.) In the Stipulation, the parties represent that the claims between these parties in the above-captioned case have been resolved and request dismissal of those claims with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and the Intuitive Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the Lead Case after docketing the Order on Dkt. No. 90, as no parties will remain.

**So Ordered this**
**Mar 20, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE