# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CICAS IP LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CASE NO. 2:23-CV-00292-JRG-RSP |
| OLYMPUS CORORATION, et al., | § § | (LEAD CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Cicas IP LLC and Defendants Stryker Corporation and Scopis GmbH. (Dkt. No. 90.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed **CLOSE** the above-captioned case after the docketing of the Order on Dkt. No. 89, as no parties will remain.

**So Ordered this**
**Mar 20, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE